No. A–115.   NOBLE *v.* UNITED STATES.   C. A. 7th Cir. Application for stay of mandate, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–162.   CLARKSDALE BAPTIST CHURCH *v.* GREEN ET AL. D. C. D. C.   Application for stay pending appeal, addressed to JUSTICE POWELL and referred to the Court, denied.

No. A–182 (83–334).   BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, ET AL. *v.* BROWN ET AL.   C. A. 11th Cir.   Application for stay of enforcement of judgment, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–186.   KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER *v.* SMITH.   Application to vacate the stay of execution of sentence of death, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–216.   IN RE MEHTA, 451 U. S. 903.   Application for readmission to the Bar of this Court denied.

No. D–280.   IN RE STERN, 460 U. S. 1008.   Application for admission to the Bar of this Court, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.   JUSTICE MARSHALL and JUSTICE STEVENS would grant the application.

No. D–339.   IN RE DISBARMENT OF LEIBOWITZ.   Disbarment entered.   [For earlier order herein, see 461 U. S. 922.]

No. D–343.   IN RE DISBARMENT OF MCGRATH.   Disbarment entered.   [For earlier order herein, see 461 U. S. 941.]

No. D–350.   IN RE DISBARMENT OF BUCCI.   Disbarment entered.   [For earlier order herein, see 461 U. S. 954.]

No. D–356.   IN RE DISBARMENT OF GORDON.   Disbarment entered.   [For earlier order herein, see 462 U. S. 1103.]

No. D–362.   IN RE DISBARMENT OF CRANE.   Disbarment entered.   [For earlier order herein, see 462 U. S. 1114.]

No. 94, Orig.   SOUTH CAROLINA *v.* REGAN, SECRETARY OF THE TREASURY.   Motion of the defendant for leave to file a supplemental memorandum granted.   Motion of the plaintiff for leave to file a supplemental memorandum granted.   Motion of plaintiff and Texas for divided argument granted.   Motion of National Association of Counties et al. for leave to file a brief as *amici curiae* granted.   [For earlier order herein, see 462 U. S. 1114.]